HONEYWOOD ET AL. *v.* ROCKEFELLER,
GOVERNOR OF NEW YORK, ET AL.

No. 267.   Decided March 2, 1964.

*Moses M. Falk* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, *Irving Galt,* Assistant Solicitor General, *Sheldon Raab,* Assistant Attorney General, and *Irving D. Goodstein* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.   *Wright* v. *Rockefeller, ante,* p. 52.